```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10126
   LARRY J WEATHINGTON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-9147


---------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/06/07 .

     2.  The case was dismissed without confirmation, 09/21/2007.

     3.  The Debtor paid a total of $    1032.00 .

     4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
---------------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG           .00            .00           .00
CHASE HOME FINANCE         MORTGAGE ARRE    NOT FILED             .00           .00
COOK COUNTY TREASURER      SECURED                 .00            .00           .00
FORD MOTOR CREDIT CO       SECURED VEHIC          .00            .00           .00
INTERNAL REVENUE SERVICE   SECURED           NOT FILED            .00           .00
COL/DEBT COLLECTOR SYSTE   UNSECURED         NOT FILED            .00           .00
COMED                      UNSECURED         NOT FILED            .00           .00
FIRST NORTHERN CREDIT UN   UNSECURED         NOT FILED            .00           .00
GC SERVICES DATA CONTROL   UNSECURED         NOT FILED            .00           .00
GEMB/JCP                   UNSECURED         NOT FILED            .00           .00
HARRIS & HARRIS LTD        UNSECURED         NOT FILED            .00           .00
MRSI                       UNSECURED         NOT FILED            .00           .00
NICOR GAS                  UNSECURED         NOT FILED            .00           .00
SBC AMERITECH              UNSECURED         NOT FILED            .00           .00
         Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00        .00         .00            .00
PRINCIPAL PAID          .00        .00        .00         .00            .00
INTEREST PAID           .00        .00        .00         .00            .00
TOTAL PAID              .00        .00        .00         .00            .00
The Debtor's attorney, ROBERT V SCHALLER            , was allowed $    946.00
and was paid $    688.00  direct and $    258.00  through the plan.

The Trustee received $     15.89 .

Refunds to the Debtor totaled $    758.11 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 09/10/08				/S/
						GLENN STEARNS
						CHAPTER 13 TRUSTEE












					PAGE   2
	CASE NO. 07 B 10126 LARRY J WEATHINGTON